**DISMISS and Opinion Filed June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00700-CV

### SANJUKTA CHITRE, D.D.S., Appellant
### V.
### DON CLARK, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04220-2013**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellee has nonsuited his claims against appellant. Therefore, appellant no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140700F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SANJUKTA CHITRE, D.D.S., Appellant

No. 05-14-00700-CV      V.

DON CLARK, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 366-04220-2013.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, DON CLARK, recover his costs of this appeal from appellant, SANJUKTA CHITRE, D.D.S..

Judgment entered June 18, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE